USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/29/09_

BLANK ROME LLP
Attorneys for Plaintiff
Jack A. Greenbaum
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANSEL OIL LIMITED, <br><br> Plaintiff, <br><br> -against- <br><br> HERO MARITIME CORP., <br><br> Defendant. | 09 Civ. 07816 (JGK) <br><br> **EX PARTE CONSENT ORDER DISCONTINUING AND VACATING ORDER OF MARITIME ATTACHMENT AND GARNISHMENT** |

On Motion of plaintiff, MANSEL OIL LIMITED, by its attorneys Blank Rome LLP, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and defendant not having entered an appearance, it is

ORDERED that this action is hereby dismissed without prejudice, and the Order of Maritime Attachment and Garnishment entered herein ("Order") is vacated.

Dated: New York, New York
    October 29 , 2009

HON. JOHN G. KOELTL
United States District Judge

ENTRY OF THE ABOVE ORDER IS CONSENTED TO:

BLANK ROME, LLP
Attorneys for Plaintiff
MANSEL OIL LIMITED

By
Jack A. Greenbaum
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000